IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

D.T.W., A CHILD,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0633

Opinion filed October 13, 2014.

An appeal from the Circuit Court for Bay County.
Allen L. Register, Judge.

Nancy A. Daniels, Public Defender, and Archie F. Gardner, Jr., Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    In this <u>Anders</u> appeal, a <u>Causey</u>[1] order was issued directing the parties to brief the issue of whether the trial court erred in committing the appellant to a moderate-risk placement when the Department of Juvenile Justice (the

_____

[1] <u>State v. Causey</u>, 503 So. 2d 321 (Fla. 1987).

Department) had recommended probation.  See B.K.A. v. State, 122 So. 3d 928, 930 (Fla. 1st DCA 2013).  The public defender recognized the error and asked this Court to reverse and remand pursuant to B.K.A.  The State concedes error. Accordingly, we AFFIRM the appellant's adjudication of delinquency, but REVERSE the particulars of the commitment and REMAND with instructions for the trial court to receive a recommendation from the Department regarding a restrictiveness level before committing the appellant.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.